RICHARD C. LENT, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

Supreme Court, Appellate Term, First Department, January 22, 1934.

*Arthur J. W. Hilly, Corporation Counsel,* for the appellant.

*Maurice Breen,* for the respondent.

PER CURIAM. As plaintiff, although appointed as a result of a civil service examination for electrical inspector, performed the duties of an electrician after duly passing a civil service examination for that position, he is entitled to the benefits of subdivision 3 of section 220 of the Labor Law.

Judgment affirmed, with twenty-five dollars costs.

All concur; present, LYDON, LEVY and CALLAHAN, JJ.